UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40164 |
| Plaintiff, | |
| vs. | FACTUAL BASIS STATEMENT |
| CHRISTOPHER DANIELS, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Christopher Daniels.

Beginning on an unknown date and continuing until on or about December 7, 2021, I along with at least one other person reached an agreement, or came to an understanding, to distribute 500 grams or more of a mixture of a substance containing methamphetamine in the District of South Dakota.

I voluntarily and intentionally joined in the agreement or understanding to distribute methamphetamine on or about March of 2021.

At the time that I joined the agreement or understanding to distribute methamphetamine, I knew the purpose of the agreement or understanding.

During my involvement, I obtained methamphetamine from a co-conspirator in the mail and through in person deliveries. I then distributed that

methamphetamine to other co-conspirators who sold it to their customers. I collected money from my co-conspirators after they sold the methamphetamine that I distributed to them. I then used the money I collected to purchase more methamphetamine to distribute. In this manner, I was personally involved in distributing 500 grams or more of a mixture and substance containing methamphetamine.

Beginning on an unknown date and continuing to on or about December 7, 2021, I, along with at least one other person, reached an agreement or came to an understanding to conduct financial transactions affecting interstate and foreign commerce, by conducting money wire transfers using the proceeds from the conspiracy to distribute 500 grams of methamphetamine, at financial institutions in the United States. I knew that these transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the methamphetamine conspiracy in which I was involved, and while conducting these financial transactions, I knew that the money involved in these transactions were the proceeds from the methamphetamine conspiracy.

During my involvement, I instructed co-conspirators to wire funds derived from the sale of methamphetamine by utilizing various financial institutions. I instructed co-conspirators on the manner in which they should wire the money for the purpose of concealing the fact that the money sent was acquired from the sale of methamphetamine and to avoid implicating myself as the source of the

money. I had multiple conversations with a co-conspirator regarding the movement of funds derived from the sale of methamphetamine on behalf of the conspiracy. All in violation of 18 U.S.C. 1956(h) and 1956(a)(1)(B)(i).

My involvement in both the conspiracy to distribute methamphetamine and the conspiracy to commit money laundering ended with my arrest on December 9, 2021.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing, including additional drug quantities, may be developed and attributed to the Defendant for sentencing purposes.

| | |
|---|---|
| | ALISON J. RAMSDELL<br>United States Attorney |
| 07/13/2022<br>Date | _Mark Hodges_<br>Mark Hodges<br>Assistant United States Attorney<br>P.O. Box 2638<br>Sioux Falls, SD 57101-2638<br>Telephone: (605)357-2346<br>E-Mail: mark.hodges@usdoj.gov |
| 7/12/22<br>Date | _Christopher Daniels_<br>Christopher Daniels<br>Defendant |
| 7/12/22<br>Date | _Raleigh E. Hansman_<br>Raleigh E. Hansman<br>Attorney for Defendant |

Page | 3